MATTHEW Z. CROTTY
CROTTY & SON LAW FIRM, PLLC
421 West Riverside, Suite 1005
Spokane, WA 99201-0300
Phone: (509)850-7011
Email: matt@crottyandson.com

MICHAEL B. LOVE
WORKLAND & WITHERSPOON, PLLC
601 W. Main Ave., Suite 714
Spokane, Washington 99201
Phone: (509)455-9077
Fax:    (509)624-6441
Email   mlove@workwith.com

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALOCK NYIGOW,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL LAW CORPORATION, and MATTHEW CHEUNG and JANE DOE CHEUNG, husband and wife ,<br><br>　　　　　Defendants. | NO. 2:14-cv-00304-TOR<br><br>NOTICE OF APPEARANCE |

**TO:        THE CLERK OF THE COURT**

**AND TO:   ALOCK NYIGOW, and SCOTT M. KINKLEY, his attorney**

　　　PLEASE TAKE NOTICE that MICHAEL B. LOVE of WORKLAND & WITHERSPOON, PLLC, hereby appears on behalf of the Defendants in the

NOTICE OF APPEARANCE - 1

above-captioned matter and requests that he be served with all Court notices and electronic filings.

Respectfully submitted this 29th day of October, 2014.

        s/*Michael B. Love*
        MICHAEL B. LOVE, WSBA 20529
        WORKLAND & WITHERSPOON, PLLC
        601 West Main Ave., Suite 714
        Spokane, WA  99201
        Phone:  (509)455-9077
        Fax:     (509)624-6441
        Email:   mlove@workwith.com

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically served by CM/ECF on the following on this 31st day of October, 2014.

Scott M. Kinkley
scottk@nwjustice.org

Matthew Z. Crotty
matt@crottyandson.com

                          s/ Michael B. Love
                          MICHAEL B. LOVE, WSBA 20529
                          WORKLAND & WITHERSPOON, PLLC
                          601 West Main Avenue, Suite 714
                          Spokane, WA 99201
                          Phone:  (509)455-9077
                          Fax:     (509)624-6441 Fax
                          Email:   mlove@workwith.com