UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALOCK NYIGOW,<br><br>                    Plaintiff,<br><br>     v.<br><br>PATENAUDE & FELIX, MATTHEW CHEUNG, AND JANE DOE CHEUNG,<br><br>                    Defendants. | NO:  2:14-CV-0304-TOR<br><br>JUDGMENT IN A CIVIL ACTION |

Pursuant to the Notice of Acceptance of Offer of Judgment (ECF No. 17), Judgment is entered in the amount of $1,500.00 in favor of Plaintiff Alock Nyigow and against Defendant Patenaude & Felix, plus post judgment interest at the rate of 0.25 % per annum, along with costs.

Date:  April 9, 2015                                          *CLERK OF COURT*

                                                                              SEAN F. McAVOY

                                                                               s/ Linda L. Hansen
                                                                                    (By) Deputy Clerk

                                                                              Linda L. Hansen

JUDGMENT IN A CIVIL ACTION ~ 1