Scott M. Kinkley
Northwest Justice Project
1702 W. Broadway
Spokane, WA  99201
(509) 324-9128
scottk@nwjustice.org

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALOCK NYIGOW, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PATENAUDE & FELIX, a professional )<br>law corporation, and MATTHEW )<br>CHEUNG and JANE DOE CHEUNG, )<br>husband and wife, )<br>)<br>Defendants. )<br>_____) | Case No.: 2:14-CV-0304-TOR<br><br>SATISFACTION OF JUDGMENT<br>ENTERED ON APRIL 9, 2015 |

Judgment was rendered in favor of the above-named plaintiff and against defendant Patenaude & Felix in the above entitled action on April 9, 2015, in the sum of $1,500.00 plus attorneys' fees and costs and the plaintiff acknowledges payment of said judgment, costs, fees and interest in full and desires to release this judgment as to all defendants.

SATISFACTION OF JUDGMENT -
Page 1 of 3

Dated this 19th day of May 2015.

*Northwest Justice Project*


/s Scott M. Kinkley
Scott M. Kinkley, WSBA #42434
Attorney for Plaintiff

SATISFACTION OF JUDGMENT -
Page 2 of 3

1

CM/ECF CERTIFICATE OF SERVICE

2

3

I hereby certify that on this 19th day of May, 2015, I electronically filed the
foregoing with the Clerk of the Court using the CM/ECF System, which will send
notification of such filing to the following:

4

5

Matthew Z. Crotty          matt@crottyandson.com

6

Scott M. Kinkley           scottk@nwjustice.org

7

Michael B. Love            mlove@workwith.com

8

*Northwest Justice Project*

9

10

/s/ Scott M. Kinkley

Scott M. Kinkley, WSBA #42434
Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

SATISFACTION OF JUDGMENT -
Page 3 of 3

21