1
2
3
4

5         UNITED STATES DISTRICT COURT
6         EASTERN DISTRICT OF WASHINGTON

7  ALOCK NYIGOW,
                                           NO:  2:14-CV-0304-TOR
8                    Plaintiff,
                                           ORDER OF DISMISSAL
9       v.

10 PATENAUDE & FELIX, MATTHEW
   CHEUNG, AND JANE DOE
11 CHEUNG,

12                   Defendants.

13

14       BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No.

15 25).  This case is hereby dismissed with prejudice pursuant to Federal Rule of Civil

16 Procedure 41(a)(1)(A)(ii), without an award of costs, expenses, or fees to either

17 party.

18 //

19 //

20 //


ORDER OF DISMISSAL ~ 1

**IT IS HEREBY ORDERED**:

Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs, expenses, or fees to either party.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** August 28, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2